IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEESTHER GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2525-B |
| | § | |
| KOHLS DISTRIBUTION EFULFILLMENT CENTER, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Kohl's Rule 12(b)(6) Motion to Dismiss (Doc. 12) and Plaintiff KeEsther Garrett's Motion for Summary Judgment (Doc. 18) are both DENIED.

**SO ORDERED.**

**DATE: June 28, 2024.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-